IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIUMPH FURNITURE PROCESSING-EXPORT JOINT STOCK COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>EVEREST FURNITURE COMPANY and DOES 1-20,<br><br>    Defendants.<br>                                         / | No. C 13-01729 SI<br><br>**ORDER TRANSFERRING CASE TO EASTERN DISTRICT OF CALIFORNIA** |

On September 24, 2013, this Court issued an order directing plaintiff to show cause in writing by no later than October 3, 2013, why this case should not be transferred for improper venue. Plaintiff did not file a response to the Court's September 24, 2013 order. Accordingly, the Court finds that venue is improper in this district, and TRANSFERS this case to the Eastern District of California for further proceedings.

**IT IS SO ORDERED.**

Dated: October 9, 2013

SUSAN ILLSTON
United States District Judge